# SALUTI LAW GROUP
*COUNSELORS AT LAW*

**60 PARK PLACE, 2ND FLOOR**
**NEWARK, NEW JERSEY 07102**
www.salutilawgroup.com
Telephone: 973-792-1999
Facsimile: 973-792-0999

Gerald M. Saluti, Esq.
Mobile: 862-754-2629
e-mail: gsaluti@salutilawgroup.com

Garrett M. Fruchtman
Mobile: 973-220-0800
e-mail: gfruchtman@salutilawgroup.com

---

October 12, 2010

**Via TELEFAX ONLY @ (718) 613-2166**
Hon. Sandra Townes U.S.D.J
United States District for The Eastern District
Of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    RE: State v. Steven Washington

Your Honor,

    I am writing this letter on behalf of my client Mr. Steven Washington, who is currently schedule to appear before Your Honor on Wednesday October 13, 2010 at 10:30 a.m. At this time, Your Honor, I am kindly requesting an adjournment of this matter until October 18, 2010. Due to the fact, that I am required to appear on a trial in front of Judge Cifelli in Essex County on State v. Shaheed Makklin case. I am willing to waive the speedy trial. Kindly contact my office with the outcome of this request.

    Thank you for your anticipated cooperation.

                                           Sincerely,

                                           //s// Gerald M. Saluti.

                                           Gerald M. Saluti, Esq.

GMS/sf