## SALUTI LAW GROUP

Counselors at Law

*60 PARK PLACE, 2nd Floor*
*NEWARK, NEW JERSEY 07102*
www.salutilawgroup.com

Telephone: 973-792-1999
Facsimile: 973-792-0999

Gerald M. Saluti, Esq.
Mobile: 862-754-2629
e-mail: gsaluti@salutilawgroup.com

_____

October 27, 2010

RE:   **United States v. Steven Washington**
      **Docket No. 10 CR 81(SLT)**

Dear Hon Gold:

My client is scheduled to enter a guilty plea in front of your honor tomorrow, October 28, 2010 at 3:30 PM.  This date was agreed to by my associate who believed that I did not have a previously scheduled engagement. I have a bankruptcy matter which involves multiple parties, some who are traveling from a distance.  Judge Townes gave us a control date for November 3, 2010 at 10:30 am if this plea did not go through tomorrow.  I am requesting that the plea be adjourned until that control date.   Thank you.

Sincerely,

*//s// Gerald M. Saluti*

Gerald M. Saluti, Esq.

GMS/sf